UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                                                                Crim. No. 09-257 (JNE/FLN)
                                                                                             ORDER

Stanley Franzer Cabinett,

       Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Franklin L. Noel, United States Magistrate Judge, on November 6, 2009. The magistrate judge recommended that Defendant's motions to suppress be denied. Defendant objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Defendant's Objection [Docket No. 30] to the magistrate judge's Report and Recommendation [Docket No. 27] is OVERRULED.

2. Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure [Docket No. 18] is DENIED.

3. Defendant's Motion to Suppress Statements, Admissions, and Answers [Docket No. 19] is DENIED as moot.

Dated: January 14, 2010

                                                                                                   s/ Joan N. Ericksen
                                                                                                   JOAN N. ERICKSEN
                                                                                                   United States District Judge